

PROVIDERS AND LEICHT GENERAL AGENCY **B I L L   O F   C O S T S**

## THIRTEENTH COURT OF APPEALS

### CORPUS CHRISTI - EDINBURG

No. 13-11-00005-CV

### BRANNAN PAVING GP, LLC D/B/A BRANNAN PAVING COMPANY

**v.**

### PAVEMENT MARKINGS, INC., SAN JUAN INSURANCE AGENCY, INC. D/B/A VALLEY INSURANCE

(No. C-1949-04-J(1) IN 430TH DISTRICT COURT OF HIDALGO COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| FEES FOR SHIPPING CASES TO S.C. OR CCA | $25.00 | PAID | APE |
| FEES FOR SHIPPING CASES TO S.C. OR CCA | $25.00 | PAID | APE |
| FILING | $10.00 | PAID | APE |
| FILING | $10.00 | PAID | ANT |
| FILING | $10.00 | PAID | ANT |
| FILING | $10.00 | PAID | APE |
| FILING | $10.00 | PAID | APE |
| FILING | $10.00 | PAID | APE |
| FILING | $10.00 | PAID | APE |
| FILING | $10.00 | PAID | APE |
| FILING | $10.00 | PAID | ANT |
| SUPPLEMENTAL REPORTER'S RECORD | $48.00 | UNKNOWN | ANT |
| FILING | $10.00 | PAID | ANT |
| SUPPLEMENTAL REPORTER'S RECORD | $618.00 | UNKNOWN | RPT |
| REPORTER'S RECORD | $11,818.00 | UNKNOWN | RPT |
| CLERK'S RECORD | $52.00 | UNKNOWN | UNK |
| FILING | $10.00 | PAID | ANT |
| INDIGENT | $25.00 | PAID | ANT |
| FILING | $100.00 | PAID | ANT |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | ANT |

**Balance of costs owing to the Thirteenth Court of Appeals, Corpus Christi, Texas: $0.00**

***Court costs in this cause shall be paid as per the Judgment issued by this Court.***

I, **DORIAN E. RAMIREZ, CLERK** OF THE THIRTEENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE THIRTEENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Thirteenth District of Texas, this January 15, 2015.

*Dorian E. Ramirez*

Dorian E. Ramirez, Clerk